[No. 30834-7-II.   Division Two.   January 11, 2005.]

*In the Matter of the Marriage of* AUDRA OIEN, *Respondent,* and MARCUS SEARLS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 01-3-00110-8, Gordon Godfrey, J., entered September 23, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Houghton, J.

[No. 31338-3-II.   Division Two.   January 11, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREA C. ANDERSON, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00267-4, James B. Sawyer II and Toni A. Sheldon, JJ., entered January 15, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Van Deren, JJ.

[No. 31373-1-II.   Division Two.   January 11, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDREW K. WINDROW, *Appellant.*

Appeal from a judgment of the Superior Court for Pacific County, No. 03-1-00191-9, Joel M. Penoyar, J., entered February 5, 2004. *Reversed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Van Deren, JJ.